**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PETER ROJAS,              :   No. 529 MAL 2020
                              :
           Petitioner      :
                              :   Petition for Allowance of Appeal
                              :   from the Order of the
          v.                    :   Commonwealth Court
                              :
                              :
LEHIGH COUNTY OFFICE OF THE   :
DISTRICT ATTORNEY,           :
                              :
          Respondent     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.